UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RONALD R. GALUPPO, JR.,**

   Plaintiff,

v.   No. 4:25-cv-00599-P

**AMERICAN AIRLINES INC., ET AL.,**

   Defendants.

# FINAL JUDGMENT

   This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Plaintiff's Voluntary Dismissal (ECF No. 30), this case is **DISMISSED without prejudice**. Additionally, the Court finds Defendants' Motion to Dismiss is hereby **MOOT**. ECF No. 18. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

   **SO ORDERED** on this **11th day of August 2025.**

*[Signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE